# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | MDL 1521<br>03 C 2597, 02 C 8808<br>03 C 2598, 03 C 2599<br>03 C 2600, 03 C 2601<br>03 C 2602, 03 C 2603<br>03 C 2604, 03 C 2605<br>03 C 2606 | DATE | 9/16/2008 |
| CASE TITLE | In Re: Wireless Telephone 911 Calls Litigation | | |

**DOCKET ENTRY TEXT**

Status hearing set for 09/17/08 is stricken. Pursuant to stipulation of voluntary dismissal, all parties in all the transferred cases have agreed to this stipulation of dismissal. The individual claims of all plaintiffs shall be dismissed with prejudice and all parties shall bear their own expenses, costs and attorneys' fees associated with this litigation. ENTER ORDER OF DISMISSAL.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JD |
|---|---|---|